IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO VEGA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:17−cv−08784 |
| | ) Honorable Matthew F. Kennelly |
| MICHAEL MOTORS, LTD., | ) |
| doing business as WINDY CITY MOTORS, | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR
## DEFAULT JUDGMENT AND AWARD OF DAMAGES

On January 13, 2018, the Court entered a default order in favor of Plaintiff and against Michael Motors, Ltd., doing business as Windy City Motors. Pursuant to Fed. R. Civ. P. 55(a) and (b), Plaintiff respectfully moves this Court for entry of judgment in the amount of $28,300.80 for Plaintiff, plus $7,339.50 in attorney's fees and $1,183.74 in costs of suit against Michael Motors, Ltd. In support of his motion, Plaintiff states as follows:

### DEFAULT

1. On July 7, 2017 Plaintiff filed an Arbitration Demand and Statement of Claim (Exhibit A to Complaint) against defendant Michael Motors, Ltd. and served it upon their registered agent on July 24, 2017 (Exhibit G to Complaint).

2. Defendant failed to pay their portion of the arbitration fee or communicate with claimant. JAMS sent several notices to Michael Motors Ltd., which were ignored. JAMS eventually closed the arbitration file on November 22, 2017 (Exhibit H to Complaint).

3. Plaintiff filed his Complaint with this Court on December 6, 2017, alleging, *inter alia*, a violation of the Odometer Act, 49 U.S.C. § 32705 *et seq*. for misrepresenting the mileage of a vehicle sold by defendant Michael Motors, Ltd., doing business as Windy City Motors.

4. Defendant Michael Motors, Ltd. is an Illinois corporation which conducts a used car dealership under the trade name "Windy City Motors" at 2662 N. Cicero Ave., Chicago, IL, 60639. Its registered agent and office is Ronald B. Kaplan, 134 North LaSalle St., Suite 1710, Chicago, IL 60602.

5. Plaintiff personally served the defendant's registered agent by hand delivery on December 8, 2017. [Dkt. #8].

6. Fed. R. Civ. P. 12(a)(1) requires a defendant to serve an answer to a complaint within 21 days after being served with the summons and complaint.

7. Michael Motors, Ltd. was required to appear and serve an answer to plaintiff's complaint on or before Friday, December 29, 2017.

8. As of the date of this motion, Michael Motors, Ltd has not filed an appearance, filed an answer to the complaint, or otherwise pled.

9. The Court entered a default order against Michael Motors, Ltd., doing business as Windy City Motors on January 13, 2018. [Dkt # 12].

## DAMAGES

10. Under the Odometer Act, 49 U.S.C. § 32710, an individual plaintiff can receive 3 times the actual damages or $10,000, whichever is greater:

> **(a) Violation and amount of damages.--A person that violates this chapter or a regulation prescribed or order issued under this chapter, with intent to defraud, is liable for 3 times the actual damages or $10,000, whichever is greater.**

11. Counsel for Plaintiff consulted an independent expert automobile appraiser, who has determined the actual financial loss to Plaintiff was $9,433.60 (Exhibit 1, pgs 3-4).

12. Plaintiff requests that he be awarded the maximum treble damages of $28,300.80, as permitted by statute.

## ATTORNEY'S FEES AND COSTS

13. Actions under the Odometer Act, 49 U.S.C. § 32710 entitle Plaintiffs to recover attorney's fees and costs:

> **(b) Civil actions.--A person may bring a civil action to enforce a claim under this section in an appropriate United States district court or in another court of competent jurisdiction. The action must be brought not later than 2 years after the claim accrues. The court shall award costs and a reasonable attorney's fee to the person when a judgment is entered for that person.**

14. Plaintiff represents that he has assigned the right to collect attorney's fees and costs to the undersigned counsel.

15. Plaintiff requests an award of $7,339.50 in attorney's fees and $1,183.74 in costs of suit ($8,523.24 in total). Plaintiff believes that the fees and costs sought are reasonable, and has in support of his request attached as <u>Exhibit 2</u> the Declaration of Daniel A. Edelman, including a detailed statement of his counsel's time and expenses incurred in this case attached as Appendix G to <u>Exhibit 2</u>.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order entering a default judgment against defendant Michael Motors, Ltd., doing business as Windy City Motors, and in favor of Plaintiff, in the amount of $28,300.80 to Plaintiff for treble damages and $8,523.24 in attorney's fees and costs awarded to Plaintiff's counsel.

Respectfully submitted,

    s/Corey J. Varma
    Corey J. Varma

Daniel A. Edelman
Cassandra P. Miller
Corey J. Varma
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

T:\34082\Motion in support of default judgment_.docx

## **CERTIFICATE OF SERVICE**

      I, Corey J. Varma hereby certify that on Thursday, February 1, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, this filing was sent to the following parties by U.S. Mail:

    Windy City Motors,
    2662 N. Cicero Ave.,
    Chicago, IL, 60639

and by hand delivery to:

    Ronald B Kaplan,
    134 North LaSalle St., Suite 1710,
    Chicago, IL 60602

                                           /s/Corey J. Varma
                                           Corey J. Varma

Daniel A. Edelman
Cassandra P. Miller
Corey J. Varma
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com