IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO VEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 17-cv-8784 |
| | ) |
| MICHAEL MOTORS, LTD., doing | ) |
| business as WINDY CITY MOTORS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO VACATE ORDER OF DEFAULT AND FOR LEAVE TO FILE APPEARANCE AND FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD**

Defendant, MICHAEL MOTORS, LTD., doing business as WINDY CITY MOTORS ("Windy City"), by and through counsel, Mark Lyman and Steve Varhola of Lyman Law Firm, LLC, as for its Motion to Vacate Order of Default and For Leave to File Appearance and For Extension of Time to File Answer or Otherwise Plead, states as follows:

1. On December 8, 2017, Plaintiff filed his Complaint against Windy City.

2. Prior to the filing of the Complaint, on May 31, 2016, the parties entered into a standalone Arbitration Agreement requiring them to resolve any and all of their disputes through arbitration conducted <u>at the Better Business Bureau</u>.  A true and accurate copy of the Arbitration Agreement is attached as <u>Exhibit A</u>.

3. Despite the Arbitration Agreement, Windy City was served with the Complaint on December 8, 2017 requiring it to appear and file an appearance or motion on or before December 29, 2017.

4. On January 13, 2018, this Court issued a MINUTE entry granting Plaintiff's Motion for Entry of an Order of Default scheduling a prove up hearing prior to the entry of a final judgment against Windy City for February 15, 2018.

5. Prior to this Court's entry of the MINUTE Entry, upon information and belief, Windy City's registered agent had not made it aware of the Complaint.

6. Counsel for Windy City has recently been retained and require additional time to review the pleadings to determine the appropriate pleading to file in this matter.

7. For good cause shown this Court may set aside an entry of default pursuant to Rule 55(c) of the Federal Rules of Civil Procedure.

8. Windy City respectfully requests that the Order of Default be vacated against it and that it be granted leave to file its Appearance and an additional twenty-eight (28) days to file its answer or responsive pleading to the Complaint.

WHEREFORE, Defendant, MICHAEL MOTORS, LTD., doing business as WINDY CITY MOTORS, respectfully moves this Court for the entry of an Order as follows:

A. All defaults, technical or otherwise, against MICHAEL MOTORS, LTD., doing business as WINDY CITY MOTORS be vacated, that it be granted leave to file its Appearance, and twenty-eight (28) days from the entry of the Order to file its answer or responsive pleading; and

B. Any other relief this Court deems just and reasonable.

Respectfully submitted,

MICHAEL MOTORS, LTD., doing business as
WINDY CITY MOTORS

/s/Steve M. Varhola
Steve M. Varhola
LYMAN LAW FIRM, LLC
227 West Monroe Street, Suite 2650
Chicago Illinois 60606
(312) 762-9517

Attorneys for Defendant MICHAEL MOTORS,
LTD., doing business as WINDY CITY MOTORS

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on February 12, 2018, he caused the foregoing Defendant's, MICHAEL MOTORS, LTD., doing business as WINDY CITY MOTORS, Motion to Vacate Order of Default and For Leave to File Appearance and For Extension of Time to File Answer or Otherwise Plead to be served upon all counsel of record via the court's electronic docketing system.

Dated: February 12, 2018

/s/Steve M. Varhola
Steve M. Varhola
LYMAN LAW FIRM, LLC
227 West Monroe Street, Suite 2650
Chicago, Illinois 60606
(312) 762-9517

Attorneys for Defendant MICHAEL MOTORS, LTD., doing business as WINDY CITY MOTORS